PJC
F. #2021R00440

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
*    APRIL 12, 2024    *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Cr. No. __24-CR-149__

Judge Dora Lizette Irizarry
Magistrate Judge Cheryl L. Pollak

        PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
         April 12, 2024

                         BREON PEACE
                         United States Attorney
                         Eastern District of New York

                         GLENN S. LEON
                         Chief, Fraud Section
                         Criminal Division
                         U.S. Department of Justice

By:    /s/Patrick J. Campbell
         Patrick J. Campbell
         Trial Attorney, Fraud Section
         Criminal Division
         U.S. Department of Justice
         (202) 262-7067

Cc:    Clerk of the Court
       Inna Fershteyn, Esq.