Granted. So ordered.

s/Allyne R. Ross

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 1 3 2024 ★

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

23-CR-149(ARR)    5/7/24    BROOKLYN OFFICE

-----------------------------------------------

United States

Plaintiff(s),

v.

John Doe

Defendant(s).

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

-----------------------------------------------

I, Inna Fershteyn _____, being duly sworn, hereby depose and say as follows:

1.  I am a(n) Partner ☒ with the law firm of *Law Office of Inno Fershteyn*

2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.  As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of New York _____.

4.  There are no pending disciplinary proceedings against me in any state or federal court

5.  I Have not ☒ been convicted of a felony. If you have, please describe facts and circumstances.

6.  I Have not ☒ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7.  Attorney Registration Number(s) if applicable: 2936367 _____

8.  Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 23-CR-149(ARR) for *Vladimir Gertsik* _____.

Date 5/6/2024 _____

Signature of Movant
Firm Name Law Office of Inna Fershteyn
Address 1517 Voorhies Ave, Suite 4, Brooklyn, NY 11235

**NOTARIZED**

Email innafershteyn@advanced-legal.com
Phone 718-333-2394

YULIYA KAMBOI
Notary Public - State of New York
No. 01KA6385768
Qualified in Kings County
My Commission Expires 01/14/2027



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Inna Fershteyn

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 3, 1999**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on May 7, 2024.

*Clerk of the Court*

CertID-00173101



**HECTOR D. LASALLE**
PRESIDING JUSTICE

**DARRELL M. JOSEPH**
CLERK OF THE COURT

**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
**45 Monroe Place**
**Brooklyn, N.Y. 11201**
(718) 875-1300

**KENNETH BAND**
DEPUTY CLERKS

**MELISSA KRAKOWSKI**
**WENDY STYNES**
**LAUREN G. DOME**
**BRIAN E. KENNEDY**
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised March 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X

United States v. John Doe

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

24-CR-149

----------------------------------------------------------X

TO:    Opposing Counsel

**Patrick J. Campbell**

Trial Attorney, Fraud Section Criminal Division

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion

and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to

Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern

Districts of New York for an Order allowing the admission of movant, a member of the firm of

Law Office of Inna Fershteyn     and a member in good standing of the bar(s) of the State(s)

of New York                      , as attorney pro hac vice to argue or try this case

in whole or in part as counsel for Plaintiff/Defendant Vladimir Gertsik                       .

There are no pending disciplinary proceedings against me in any State or Federal court. (If there

are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 05/06/2024

_____
Signature of Movant
Firm Name Law Office of Inna Fershteyn
Address 1517 Voorhies Ave, Suite 4
Brooklyn, NY 11235
Email innafershteyn@advanced-legal.com
Phone 718-333-2394