AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | )    Case No.   24-CR-149 (ARR) |
| Vladimir Gertsik | ) |
| | ) |
| _Defendant_ | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:    06/11/2024

_Defendant's signature_

_Signature of defendant's attorney_

Inna Fershteyn, Esq.
_Printed name of defendant's attorney_

s/ARR

_Judge's signature_

Hon. Allyne R. Ross, U.S.D.J.
_Judge's printed name and title_