**CRIMINAL CAUSE FOR PLEADING:**

BEFORE: Allyne R. Ross, U.S.D.J.   DATE: 6/11/2024    TIME:2:00
CR-24-149  ( ARR )

DEFT NAME: Vladimir Gertsik _____ # _____ /_____
    √ present    ___ not present    ___ cust.    /bail

DEFENSE COUNSEL: Inna Fershteyn
    √ present    ___ not present  |  ___ CJA    /RET.    LAS

**A.U.S.A.:** Patrick Campbell _____ CLERK: D. La Salle

Rep. Jamie Staton _____ OTHER: _____
INT: ____ (LANG.- _____ ) _____

xx   CASE CALLED.    ___ DEFENDANT'S FIRST APPEARANCE.
DEFT xx   SWORN    ___ ARRAIGNED xx   INFORMED OF RIGHTS
        ___ WAIVES TRIAL BEFORE DISTRICT COURT

√   WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___ SUPERSEDING INDICTMENT / INFORMATION FILED.
___ DEFT FAILED TO APPEAR,  BENCH WARRANT ISSUED.
___ DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

___ DEFT ENTERS **GUILTY PLEA** TO CTS._____ O  F
    (Superseding) INDICTMENT/INFORMATION.
√   DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS._
    ____ ONE & TWO _____ Of the ~~indictment.~~ information.
XX   COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ SENTENCING SET FOR

___ DEFT ENTER **NOT GUILTY PLEA.**
√   BAIL √ SET   ___ CONTINUED FOR DEFT.
___ DEFT CONTINUED IN CUSTODY.
___ CASE ADJOURNED TO_____ FOR _____
___ JURY SELECTION SET FOR _____ ___ BY MAG.
___ TRIAL SET FOR _____
___ **SPEEDY TRIAL** INFO FOR DEFT   ___ STILL IN EFFECT
        CODE TYPE_____ START_____ STOP_____

        _____ORDER / WAIVER EXECUTED & FILED.   ___ ENT'D ON RECORD.

OTHER: Plea agreement marked as government exhibit one; Plea
agreement returned to A.U.S.A. Defendant is released on a
50,000 Bond.
_____
_____