UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

        - against -                                   UNSEALING ORDER

JOHN DOE,                                       Docket No. 24-CR-149

               Defendant.

– – – – – – – – – – – – – – – – – – – – – – X

        Upon the application of Joseph Nocella, Jr., United States Attorney for the Eastern District of New York, by Trial Attorney Patrick J. Campbell, for an order unsealing Docket Entries 1 and 6-12 in the above-captioned matter, and for an order substituting the defendant's true name for "John Doe" on the docket sheet in the above-captioned matter,

        It is hereby ORDERED that Docket Entries 1 and 6-12 in the above-captioned matter be unsealed, with the remaining docket entries and the attached sealing cover sheets of the above-referenced docket entries to remain sealed until further order of the Court; and

        It is hereby ORDERED that the defendant's true name, Vladimir Gertsik, be substituted for "John Doe" on the docket sheet in the above-captioned matter.

Dated:    Brooklyn, New York
          May 15, 2026

                               /s/ Peggy Cross-Goldenberg
                               THE HONORABLE PEGGY CROSS-GOLDENBERG
                               UNITED STATES MAGISTRATE JUDGE
                               EASTERN DISTRICT OF NEW YORK