TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

*******************************************************

UNITED STATES OF AMERICA

-V-

JOHN DOE

24-CR-149 (DG)
Docket Number

*******************************************************

A) If pursuant to a prior Court Order:

Docket Number: ____________
Judge: ____________
Date Entered: ____________

B) **If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

Risk of witness intimidation

SUBMITTED BY: ☐ Plaintiff ☒ Defendant ☐ DOJ
Name: ____________
Firm Name: ____________
Address: ____________
Phone Number: ____________
Email Address: ____________
Return To: ____________

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT

(Check off only one)
☒ Sealed Docket Entry and Document (*Entry and Document can only be seen by persons with sealed access. No NEF will be generated.*)
☐ Sealed Document only (*Document text is viewable but the document can only be seen by persons with sealed access. An NEF will be generated.*)
Other Restrictions: ☐ court users only ☐ ex parte ☐ attorneys for the applicable party ☐ case participants

## DESCRIPTION OF DOCUMENT (*MANDATORY*)

Description of document to be entered on docket sheet

____________
U.S. DISTRICT/ MAGISTRATE JUDGE

____________
DATED: BROOKLYN , NEW YORK
RECEIVED IN CLERK'S OFFICE ON
____________

## CERTIFICATION OF SERVICE: (Check one)

A.) ☒ A copy of this application either has been or will be promptly served upon all parties to this action;
B.) ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation____________; or
C.) ☐ This is a criminal document submitted, and flight, public safety, or security are significant concerns.

____________
Date

/s/ Natalia Gourari
____________
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

-against-

VLADIMIR GERTSIK,

Defendant.

---------------------------------------------------------------------X

Criminal Case No. 24-149 (DG)

**NOTICE OF APPERANCE**

**I, NATALIA GOURARI, ESQ., hereby substitute as counsel for Defendant VLADIMIR GERTSIK in place of INNA FERSHTEYN, ESQ., of the Law Office of Inna Fershteyn, in the above-captioned matter.**

Dated: Brooklyn, New York
July 10, 2026

Yours, etc.,

*Natalia Gourari*

NATALIA GOURARI ESQ.
GOURARI LAW
TEL: (212) 571-0004
CEL: (917) 331-0025
NYGOURARI@GOURARILAW.COM
199 MAIN STREET SUITE #500
WHITE PLAINS, NEW YORK 10601