**GOURARI LAW**

199 Main Street, Suite # 500, White Plains, NY 10601
Email: nygourari@gourarilaw.com (212) 571-0004/Cell: (917) 331-0025/Fax: (914) 999-8544

September 8, 2026

Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York

**Re: United States v. Vladimir Gertsik**
**Docket No.: 1:24CR00149-001(DG)**
**Request for Adjournment of Sentencing**

Dear Judge Irizarry:

This office represents Defendant Vladimir Gertsik in the above-captioned matter. Defendant's sentencing is currently scheduled for September 10, 2026. My office was substituted for prior counsel and is unable to appear on this date that was scheduled by prior counsel.

Respectfully, undersigned counsel, Natalia Gourari, Esq., has a previously scheduled court-ordered court appearance on September 10, 2026, on the same date and time as Defendant's sentencing, before Erin B. Kowtna Kessler, Court Attorney Referee, in the Suffolk County Surrogate's Court in the Matter of Estate of Glasford Hall, File #: 2024-4506/C. In that case several witnesses were ordered to appear along with counsel and are coming from out of state. Counsel is therefore unable to appear before this Court at the currently scheduled sentencing date and time.

Accordingly, Defendant respectfully requests that the sentencing presently scheduled for September 10, 2026, be adjourned and rescheduled to September 11, or October 2, 2026, or to such other date and time as may be convenient for the Court.

The requested adjournment is sought solely due to undersigned counsel's conflicting court appearance. Defendant respectfully submits that the adjournment will allow him to appear for sentencing with his counsel of record present and prepared to represent him.

This is the first request for adjournment. This request is being made with consent of Patrick J. Campbell (FRD).

Thank you for your attention to this matter.

Respectfully submitted,

GOURARI LAW
By: Natalia Gourari
Natalia Gourari, Esq.
*Attorney for* Vladimir Gertsik

cc: United States Attorney's Office (via ECF)
Patrick J. Campbell (FRD) (via email

Vladimir Gertsik